ATTORNEY(S):

Index # : 5:24-CV-1132(BKS/ML)

PURCHASED/FILED : September 18, 2024

STATE OF : New York

COURT : U.S. District

COUNTY/DISTRICT : Northern Dist.

# AFFIDAVIT OF SERVICE

RACHEL BURNS, ET AL

vs

STATE OF NEW YORK, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK   COUNTY OF ALBANY

THOMAS WAINMAN, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on SEPTEMBER 19, 2024 at 1:18 PM at EMPIRE STATE PLAZA, JUSTICE BLDG., 2ND FLR., ALBANY, NY 12224 deponent did serve the following :
(Address where service was accomplished.)

**SUMMONS IN A CIVIL ACTION & CLASS ACTION COMPLAINT, W/ EXHIBITS 1 & 2, GENERAL ORDER 15**

on: **NEW YORK STATE ATTORNEY GENERAL**

Defendant (herein called recipient) therein named.  , SS.:

INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. [x] A corporation, by delivering thereat a true copy of each to **AMBER SCHOFIELD / OAI** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **AUTHORIZED AGENT** thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

Previous attempts at personal service are as follows:
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

SUITABLE PERSON [ ] By delivering a true copy of each to ____ a person of suitable age and discretion who agreed to accept on behalf of the party.. Said premises is recipient's: [ ] dwelling house (usual place of abode). [ ] actual place of business

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

MAILING COPY [ ] On ____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION [x] A description of the person served is as follows:
(use with #1, 2 or 3)
Sex **FEMALE** Color of skin **WHITE** Hair **BROWN** Approx.Age **36 - 50 YRS.** Approx.Height **5' 4" - 5' 8"**
Approx. weight **131 - 160 LBS.** Other ____

WIT. FEES [ ] $ ____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
20th day of September, 2024

_Yvonne Strain_
NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

_Thomas Wainman_
THOMAS WAINMAN

Invoice·Work Order # 2444203

Attorney File #   **BURNS V. NYS**