UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RACHEL BURNS, ALLISON GERMAN, AMBER
HAWTHORNE LASHWAY, MARIE NEPTUNE,
SUSAN DEVLIN-VARIN & KIMBERLY WESLEY,
on their own behalves and on behalf of all similarly
situated Nurse Practitioners employed by the State of
New York,

                          Plaintiffs,

              - against -

STATE OF NEW YORK, NEW YORK STATE CIVIL
SERVICE COMMISSION,

                         Defendants.
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

5:24 -CV-1132
(BKS/ML)

TO:    CLERK OF THE COURT
         United States District Court
         Northern District of New York
         100 South Clinton Street
         P.O. Box 7367
         Syracuse, New York 13261-7367

         SUSSMAN & GOLDMAN
         Michael H. Sussman, Esq.
         *Counsel for Plaintiffs*
         1 Railroad Avenue, Ste. 3
         PO Box 1005
         Goshen, New York 10924

      PLEASE TAKE NOTICE that I appear in this action on behalf of Defendants and request that service of all papers be served upon me at my office at the address given below. This Notice shall not constitute a waiver of any jurisdictional defenses or objections to the complaint herein by Defendants.

Dated:       Syracuse, New York
                 October 1, 2024

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendants
                                      300 S. State Street, Suite 300

Syracuse, New York 13202
By: _s/ Aimee Cowan_____
Aimee Cowan, Esq.
Assistant Attorney General
Bar Roll No. 516178
Telephone:     (315) 448-4800
Fax: (315) 448-4853
Email: aimee.cowan@ag.ny.gov

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2024, she filed Defendants' Notice of Appearance by electronically filing with the Clerk of the Court herein, using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

SUSSMAN & GOLDMAN
Michael H. Sussman, Esq.
*Counsel for Plaintiffs*
1 Railroad Avenue, Ste. 3
PO Box 1005
Goshen, New York 10924

Dated:   Syracuse, New York
         October 1, 2024

                                            LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
300 S. State Street, Suite 300
Syracuse, New York 13202
By: *s/Aimee Cowan*
Aimee Cowan, Esq.
Assistant Attorney General
Bar Roll No. 516178
Telephone:   (315) 448-4800
Fax: (315) 448-4853
Email: aimee.cowan@ag.ny.gov