

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

October 2, 2024

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

RE:    *Burns, et al. v. State of New York, et al.*
Case No.: 5:24-CV-1132 (BKS/ML)

Dear Judge Lovric:

Defendants' responsive pleading deadline for the above-entitled matter has been calendared for October 10, 2024. However, because the undersigned was just recently assigned to this matter, defendants respectfully request a 30-day extension for the responsive pleading deadline. Plaintiff's counsel has graciously consented to this request.

Respectfully,

_s/Aimee Cowan_____

Aimee Cowan
Assistant Attorney General
Bar Roll No. 516178

cc:    Michael Sussman, Esq. (*via CM/ECF*)