

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

November 8, 2024

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

     RE:    *Burns, et al. v. State of New York, et al.*
              Case No.: 5:24-CV-1132 (BKS/ML)

Dear Judge Lovric:

     Defendants' responsive pleading deadline for the above-entitled matter has been calendared for November 12, 2024. Defendants respectfully request a one-week extension to fully review this matter with the client agency. Defendants reached out to plaintiffs' counsel for his consent this afternoon and apologized for the late notice, but as of this writing has not received a response.

                                                          Respectfully,

                                                            _s/Aimee Cowan_____
                                                             Aimee Cowan
                                                             Assistant Attorney General
                                                             Bar Roll No. 516178

cc:     Michael Sussman, Esq. (*via CM/ECF*)

300 So. State St., Suite 300, Syracuse, NY 13202 • (315) 448-4800 • Fax (315) 448-4853*   *Not For Service of Papers

www.ag.ny.gov