UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

RACHEL BURNS, ALLISON GERMAN, AMBER HAWTHORNE LASHWAY, MARIE NEPTUNE, SUSAN DEVLIN-VARIN & KIMBERLY WESLEY, on their own behalves and on behalf of all similarly situated Nurse Practitioners employed by the State of New York,

                Plaintiffs,

- against -

STATE OF NEW YORK, NEW YORK STATE CIVIL SERVICE COMMISSION,

                Defendants.

------------------------------------------------------------------- X

**NOTICE OF MOTION**
5:24 -CV-1132
(BKS/ML)

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Aimee Cowan, Esq.<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before Chief District Court Brenda K. Sannes to be held at the United States District Courthouse in Syracuse, New York, **upon submission only.** |
| Relief and Basis: | An Order pursuant to F.R.C.P. 12(b)(6) dismissing plaintiffs' complaint in its entirety and with prejudice, and for such other and |

1

further relief as the Court deems just and proper.

Supporting Papers:	Defendants' Memorandum of Law.

Dated:	Syracuse, New York
November 19, 2024

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
300 S. State Street, Suite 300
Syracuse, New York 13202

By *s/Aimee Cowan*
Aimee Cowan, Esq.
Assistant Attorney General
Bar Roll No. 516178
Telephone:	(315) 448-4800
Fax: (315) 448-4853
Email: aimee.cowan@ag.ny.gov

To:	Michael H. Sussman, Esq.
SUSSMAN & GOLDMAN
PO Box 1005
Goshen, New York 10924

2