

**Office of the New York State Attorney General**

**Letitia James Attorney General**

December 13, 2024

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

    RE:    ***Burns, et al. v. State of New York, et al.***
              Case No.: 5:24-CV-1132 (BKS/ML)

Dear Judge Lovric:

      Defendants filed a motion to dismiss the above-entitled matter, to which plaintiffs filed an opposition on December 10, 2024. See ECF Nos. 11, 13. Defendants' reply deadline is calendared for December 17, 2024. However, defendants respectfully request a one-week extension until December 24, 2024, to file their reply. Plaintiffs' counsel has graciously consented to this request.

                                                  Respectfully,

                                                  *s/Aimee Cowan*
                                                  Aimee Cowan
                                                  Assistant Attorney General
                                                  Bar Roll No. 516178

cc:    Michael Sussman, Esq. (*via CM/ECF*)